IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                      :
                                            :        In Chapter 13
      PATRICIA D. SAMPLE,                   :
                                            :        Bankruptcy No. 20-11242 (AMC)
                              Debtor.       :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan (Document #27) which was filed on September 22, 2020.

                                                           Respectfully submitted,

                                                         THE CITY OF PHILADELPHIA

Dated: September 28, 2020        By:    /s/ *Joshua Domer*
                                                           JOSHUA DOMER
                                                           Assistant City Solicitor
                                                           PA Attorney I.D. 319190
                                                          Attorney for the City of Philadelphia
                                                                  and/or
                                                          Water Revenue Bureau
                                                          City of Philadelphia Law Department
                                                          Municipal Services Building
                                                          1401 JFK Boulevard, 5th Floor
                                                          Philadelphia, PA 19102-1595
                                                          215-686-0519 (phone)
                                                          Email: Joshua.Domer@phila.gov