United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11242-amc

Patricia D Sample     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: May 25, 2021     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia D Sample, 1215 N. 56th Street, Philadelphia, PA 19131-4224 |
| 14474920 | + | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14474922 | + | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14474925 | + | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14493862 | + | MIDFIRST BANK, CO Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14474935 | | MediCare Premium Collection Center, P.O. Box 790355, Saint Louis, MO 63179-0355 |
| 14474936 | | Mercy Catholic Medical Center, Mercy Philadelphia Campus, P.O. Box 822967, Philadelphia, PA 19182-2967 |
| 14501234 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14474937 | + | Midfirst Bank, 999 NorthWest Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 14474940 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14474941 | + | Philadelphia Fire Department, 825 Tech Center Drive, Suite 200, Gahanna, OH 43230-6653 |
| 14483261 | + | SUNTRUST, ECMC, PO BOX 16408, St. Paul MN 55116-0408 |
| 14479913 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2021 02:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 26 2021 02:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14474930 | | Email/Text: ebn@americollect.com | May 26 2021 02:37:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 14528472 | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | City of Phila/School District of Phila, City of Phila Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14539946 | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | City of Philadelphia, CO Joshua Domer, Esq, Municipal Services Building, 1401 John F Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14474931 | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | City of Philadelphia, Dept. of Revenue - Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14523750 | | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 25, 2021 | Form ID: pdf900 | Total Noticed: 30

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 26 2021 02:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14474932 | + | Email/Text: csd1clientservices@cboflanc.com | May 26 2021 02:37:00 | Credit Bureau of Lancaster County, Inc, Po Box 1271, Lancaster, PA 17608-1271 |
| 14474933 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2021 02:22:54 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14474934 | + | Email/Text: bknotice@ercbpo.com | May 26 2021 02:37:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14478829 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 02:22:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14474938 | + | Email/Text: bankruptcy@sccompanies.com | May 26 2021 02:38:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14474939 | + | Email/Text: bankruptcygroup@peco-energy.com | May 26 2021 02:37:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14539877 | + | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14474942 | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14474921 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14474923 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14474924 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14474926 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14474927 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14474928 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14474929 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021 | Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

**Name** **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 25, 2021 | Form ID: pdf900 | Total Noticed: 30 |

DAVID M. OFFEN
    on behalf of Debtor Patricia D Sample dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JOSHUA DOMER
    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
PATRICIA D SAMPLE

Chapter 13

Debtor          Bankruptcy No. 20-11242-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: May 25, 2021

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
PATRICIA D SAMPLE

1215 N. 56TH STREET

PHILADELPHIA, PA 19131-